## *MALCHAUX* vs. *LEFEBVRE.*

APPEAL from the court of the parish and city of New-Orleans.

MARTIN, J., delivered the opinion of the court. The plaintiff seeks to recover a sum of money which she trusted to the defendant's son, on his, the defendant's promise, to guaranty the repayment, and his assurance that he had goods of his son in his possession sufficient to produce the sum.

*Where payment to a third party is the condition of a contract, the receipt from him is evidence between the parties contracting.*

The defendant admits he informed the plaintiff before the loan, he had goods of his son, but warned her that, in his opinion, they were not of sufficient value to secure it : that he was not requested to hold on the goods; that he did not guaranty the payment, and, without opposition from the plaintiff, he accounted with, and paid the balance in his hands to his son.

There was a verdict and judgment against the plaintiff: he appealed.

A bill of exceptions was taken, at the trial, to the opinion of the parish judge, who ad-

East'n. District. mitted in evidence the accounts current of
*May*, 1826. the defendant with his son; the plaintiff ob-
MALCHAUX jecting thereto, as a paper, in the confection
*vs.*
LEFEBVRE. of which she did not concur.

The defendant had alleged, and was bound
to prove that he had accounted for and paid
the amount of certain goods in his hands to
his son: of this he possessed a *literal* proof,
which excluded parol evidence.

We think the court did not err in suffering
these papers to go to the jury.

On the merits, the case turns on a mere
question of fact; the extent of the defendant's
engagements: and, we do not see any reason
to interfere with the decision of the jury.

It is therefore ordered, adjudged and de-
creed, that the judgment of the parish court
be affirmed, with costs.

*Mazureau, and De Armas*, for the plaintiff.
*Moreau, and Morphy*, for the defendant.